**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PARL WEST GALLERIES,

                Plaintiff,

  -against-                                       19 **CIVIL** 3360 (LTS (GWG)

                                              **JUDGMENT**

ALP, INC.

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 19, 2020, the Defendant's motion to dismiss the complaint, without prejudice to litigation of the issues raised therein in connection with the State Court Action is granted; because the Court has dismissed the complaint as an anticipatory filing, the Court declines to address the merits of Defendant's argument that the Court should dismiss the complaint for failure to state a claim upon which relief can be granting pursuant to Federal Rule of Civil Procedure 12(b)(6); the complaint is dismissed, and this case is closed.

**Dated:**  New York, New York

      May 20, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                                        **BY:**
                                                      _____
                                                        **Deputy Clerk**